UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Case No.: 3:16CR01TMR |
| | : |
| Plaintiff, | : **MOTION TO: (1) EXTEND DUE DATE FOR** |
| | : **FINAL PRESENTENCE INVESTIGATION** |
| vs. | : **REPORT; AND (2) VACATE CURRENT** |
| | : **SENTENCING DATE** |
| **REBEKAH RIDDELL,** | : |
| | : |
| Defendant. | : |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Southern District of Ohio, hereby moves the Court to: (1) extend the time within which the United States Probation Office ("Probation Office") must submit its Final Presentence Investigation Report ("Final PSR") in this matter; and (2) vacate this defendant's current sentencing date. The final PSR concerning defendant Rebekah Riddell is due on or about May 6, 2016. The Court has scheduled this defendant's sentencing for approximately two weeks later – namely, May 20, 2016.

Good cause exists for this motion. Ms. Riddell's co-defendant has lodged multiple objections to the Initial PSR. Given the interrelated nature of their cases, resolution of those objections may impact this defendant's Final PSR. To promote judicial economy and to ensure that the parties have adequate time to address these matters, the United States requests that the Court grant another sixty (60) days, up to and including July 1, 2016, within which the Final PSR must be completed.

Accordingly, the United States requests that the Court grant this motion to extend the due date for the Final PSR until July 1, 2016. The United States further requests that, to conform to this proposal, the Court vacate the defendant's current sentencing date.

DATED: May 2, 2016                    Respectfully submitted,

                                            BENJAMIN C. GLASSMAN
                                            ACTING UNITED STATES ATTORNEY

                                            s/ Brent Tabacchi
                                            BRENT G. TABACCHI (6276029 IL)
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff
                                            602 Federal Building
                                            200 West Second Street
                                            Dayton, OH   45402
                                            Telephone: (937) 225-2910
                                            Fax: (937) 225-2564
                                            brent.tabacchi@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that, on May 2, 2016, a copy of the foregoing was served on defendant's counsel via the Court's ECF system.

                                            s/Brent G. Tabacchi
                                            BRENT G. TABACCHI
                                            Assistant United States Attorney